UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alba D.H.R.,                                                  Civil No. 26-1216 (DWF/DJF)

           Petitioner,

v.
                                                 ORDER

Pamela Bondi, *Attorney General*; Kristi
Noem, *Secretary, U.S. Department of
Homeland Security*; Todd M. Lyons,
*Acting Director of Immigration and
Customs Enforcement*; and David
Easterwood, *Acting Director, St. Paul
Field Office Immigration and Customs
Enforcement*,

           Respondents.

      This matter is before the Court on Petitioner's motion for order to show cause. (Doc. No. 11.)  On February 13, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Petitioner's immediate release "[w]ith all personal documents" and "[w]ithout any conditions on release."  (Doc. No. 7 at 4.)  Petitioner was released on February 14, 2026, but Respondents refused to return her Minnesota ID or Nicaraguan passport and forced her to sign a release form with several conditions, including enrollment in the Alternatives to Detention Program.  (Doc. Nos. 10, 11, 12-1.) Despite an attempt to resolve these issues outside of court, Petitioner has not heard back from Respondents and now asks the Court to step in.  (Doc. Nos. 11, 12-2.)

      The Court specifically declared that Petitioner's detention was unlawful and ordered her release with all personal documents and without conditions.  Respondents

violated that order by failing to return Petitioner's ID and passport and imposing conditions on Petitioner's release. Respondents must return Petitioner's ID and passport and revoke all conditions placed on Petitioner's release from unlawful detention.

Accordingly, **IT IS HEREBY ORDERED** that:

1. By 11:00 a.m. tomorrow, February 19, 2026, Respondents shall file a status report with the following:

    a. Confirmation that any and all conditions placed on Petitioner's release have been revoked.

    b. Any documents that confirm the conditions were revoked.

    c. Confirmation that they have contacted Petitioner's counsel to offer at least three times within the next week that she can pick up Petitioner's Minnesota ID and Nicaraguan passport.

2. If Respondents fail to timely file the status report with all required contents or fail to revoke the release conditions, the Court will issue an order to show cause why Respondents should not be held in contempt, and a contempt hearing will be scheduled.

3. The Court **RESERVES RULING** on Petitioner's motion for order to show cause (Doc. No. [11]).

Dated: February 18, 2026                s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge