UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alba D.H.R.,

Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

Respondents.

Civil No. 26-1216 (DWF/DJF)

**ORDER TO SHOW CAUSE**

This matter is before the Court on Petitioner's motion for order to show cause. (Doc. No. 11.) On February 13, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Petitioner's immediate release "[w]ith all personal documents" and "[w]ithout any conditions on release." (Doc. No. 7 at 4.) Petitioner was released on February 14, 2026, but Respondents refused to return her Minnesota ID or Nicaraguan passport and forced her to sign a release form with several conditions, including enrollment in the Alternatives to Detention Program. (Doc. Nos. 10, 11, 12-1.) On February 18, 2026, the Court ordered Respondents to file a status report by 11:00 a.m. today, February 19, 2026, confirming that the conditions were revoked and that Respondents had offered times for Petitioner's counsel to pick up Petitioner's ID and passport. (Doc. No. 13.) Respondents failed to file the status report. The Court warned

that if Respondents failed "to timely file the status report with all required contents," the Court would issue an order to show cause and schedule a contempt hearing. (*Id.* at 2.)

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's emergency motion for order to show cause (Doc. No. [11]) is **GRANTED**.

2. Respondents' counsel of record must appear for a hearing on Monday, February 23, 2026 at 9:30 a.m. in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota. This will be a joint hearing with *Alfredo R.I. v. Bondi*, No. 26-cv-619 (DWF/DLM).

3. Respondents' counsel shall be prepared to show cause why they should not be held in contempt of court for failing to facilitate the cancellation of the conditions on Petitioner's release and coordinate the return of Petitioner's ID and passport as outlined in the Court's orders dated February 13, 2026 and February 18, 2026. (Doc. Nos. [7], [13].)

4. Petitioner's counsel may participate in the hearing, but her attendance is not required.

5. If, before the hearing, Respondents file a notice indicating that they have revoked the conditions on Petitioner's release and worked out a plan to return Petitioner's ID and passport, the Court will cancel the hearing.

Dated: February 19, 2026         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge